**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 15-cr-00424-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AERAMICE DEVAN JOHNSON,

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court *sua sponte*. Due to unavoidable and unforeseen circumstances, the sentencing hearing set April 21, 2015, must be vacated.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the sentencing hearing set April 21, 2016, is vacated and continued pending further order;

      2.  That on **April 21, 2016**, at 9:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the sentencing hearing; and

      3.  That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

      Dated:  April 20, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.